**JS-6**

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION**

| | |
|---|---|
| EDUARDO INCHAUSTEQUII,<br><br>        Petitioner,<br><br>  v.<br><br>KINGS COUNTY,<br><br>        Respondent. | CASE NO. EDCV 21-0036-CJC(AS)<br><br>**JUDGMENT** |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and dismissed without prejudice.

DATED: April 22, 2021

_____
HON. CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28